**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Walter R. GROOMS, Defendant-Appellant.**

**No. 20204.**

United States Court of Appeals, Sixth Circuit.

July 2, 1970.

Dale Quillen, Nashville, Tenn., on brief, for defendant-appellant.

W. Thomas Dillard, Asst. U. S. Atty., Knoxville, Tenn., for plaintiff-appellee; John L. Bowers, Jr., U. S. Atty., Knoxville, Tenn., on brief.

Before McCREE and BROOKS, Circuit Judges, and O'SULLIVAN, Senior Circuit Judge.

ORDER

Following a jury trial the defendant-appellant appeals his conviction for con-

spiring to violate and violating the Internal Revenue Laws. D.C., 320 F.Supp. 498. (Title 18 U.S.C. § 371 and Title 26 U.S.C. § 5604 [a] [1]). He complains (1) the evidence is insufficient to support his conviction; (2) of the denial of permission to examine the court reporter's notes of another case; (3) of failure to grant him severance; and (4) of the unconstitutionality of the Internal Revenue Laws. We have considered all of these issues and conclude they are without merit and that defendant was afforded a fair trial free of any prejudicial error. Certiorari Denied, 400 U.S. 929, 91 S.Ct. 189, 27 L.Ed.2d 190.

Affirmed.